UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 14-2033 (KMW) |
| v. | : | |
| JEFFREY SPICER | : | UNSEALING ORDER |

    This matter having come before the Court on the application of the United States of America (Matthew J. Skahill, Assistant U.S. Attorney, appearing) for an order that the Complaint returned in the above-captioned matter be unsealed; and the defendant having been arrested; and for good cause shown,

    IT IS ON this 16th day of July 2014,

    ORDERED that the complaint filed in the above-captioned matter is unsealed.

_____
HONORABLE JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE