UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

July 16, 2014

MAGISTRATE JUDGE JOEL SCHNEIDER

**CAMDEN**

**Court Reporter:** Electronic Court Recording (ECR)

**Title of Case:**                                              Case No. 14-mj-2033(JS)
UNITED STATES OF AMERICA
                V.
JEFFREY SPICER

**DEFENDANT PRESENT**

**Appearances:**
Matthew Skahill, AUSA for the Government
Lisa Lewis, AFPD for Defendant
Edna Galarza, U.S. Pretrial Services

**Nature of Proceedings:** Initial Appearance
Defendant advised of rights, charges and penalties.
Hearing on defendant's application for the appointment of counsel.
Financial affidavit executed on the record.
Ordered application granted.  L. Lewis, AFPD appointed as counsel for defendant.
Defendant waives formal reading of Complaint.
Hearing on Government's application for detention.
Hearing on defendant's application for a three day continuance of bail hearing.
Ordered application granted.
Ordered Bail Hearing set for 7/18/2014 at 1:30 p.m.
Order of Temporary Detention to be entered.
Defendant waives Preliminary Hearing.
Hearing on Government's application for an Order for Continuance excluding time from 7/16/2014 to 9/ /2014 under Speedy Trial Act.
Ordered application granted.  Order for Continuance
Ordered defendant remanded to the custody of the U.S. Marshal Service pending further Order of the Court.


                                                            s/ Sarah Eckert
                                                            Deputy Clerk


Time Commenced: 2:49 p.m.                    Time Adjourned:    2:57 p.m.
**Total Time in Court:   8 mins.**
**cc: CHAMBERS**