# UNITED STATES DISTRICT COURT
for the

__District of New Jersey__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 14-MJ-2033(JS) |
| ) | |
| JEFFREY SPICER ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Camden, New Jersey | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | July 18, 2014, 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  7/16/2014

*Judge's signature*

Hon. Joel Schneider, U.S.M.J.

*Printed name and title*